Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any)*: This House is a Home LLC

were received by me on *(date)* 11/18/2021.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: ______________________ on *(date)* __________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lea who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home LLC on *(date)* 11/24/2021 @ 6:02pm

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*: ______________________.

My fees are $ 30.00 for travel and $ 0 for services, for a total of $ ~~0.00~~ 30.00

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Desmond Serdynski, C.P.S.
*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home LLC c/o Registered Agent Kai Trimble-Lea
Address: 4542 N 84th St #44, Milwaukee, WI 53225

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below:
**SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- ○ Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ______ Title: ______

- ○ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ______ Relationship ______

- ○ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- ○ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ______

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: [signature] Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021
[signature: Georgetta S. Serdynski]
(Signature)
NOTARY PUBLIC, Milw County, Wisc (State)
My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

**TOTAL:** $30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* This House is a Home II LLC

were received by me on *(date)* 11/18/2021.

☐ I personally served the summons and the attached complaint on the individual at *(place):* ______________ on *(date)* ______________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble - Lea who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home II LLC on *(date)* 11/24/2021 @ 6:02pm ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify):* ______________.

My fees are $ 30.00 for travel and $ Ø for services, for a total of $ ~~0.00~~ 30.00.

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmond Serdynski, C.P.S.
*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home II LLC c/o Registered Agent Kai Trimble-Lea
Address: 4352 N 66th St, Milwaukee, WI 53216

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below:
**SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- ○ Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ______ Title: ______

- ○ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ______ Relationship ______

- ○ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- ○ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ______

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: Dezmond Serdynski Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021

Georgetta S. Serdynski
(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

**TOTAL:** 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* This House is a Home III LLC

were received by me on *(date)* 11/18/2021.

☐ I personally served the summons and the attached complaint on the individual at *(place):*

on *(date)* ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble - Lea

who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home III LLC on *(date)* 11/24/2021 @ 6:02 pm

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

.

My fees are $ 30.00 for travel and $ Ø for services, for a total of $ ~~0.00~~ 30.00

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmond Serdynski, CPS,
*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:



Print Save As... Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home III LLC c/o Registered Agent Kai Trimble-Lea
Address: 5039 N 83rd St., Milwaukee, WI 53218

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below: **SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- ○ Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ____________ Title: ____________

- ○ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ____________ Relationship ____________

- ○ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- ○ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ____________

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: Dezmond Serdynski Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021

Georgetta S. Serdynski
(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

TOTAL: 30

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* This House is Home IV LLC

were received by me on *(date)* 11/18/2021 .

☐ I personally served the summons and the attached complaint on the individual at *(place):* ______________________ on *(date)* ______________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lea who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home IV LLC on *(date)* 11/24/2021 @ 6:02 pm ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify):* ______________________.

My fees are $ 30.00 for travel and $ Ø for services, for a total of $ ~~0.00~~ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmond Serdynski, C.P.S.
*Printed name and title*

1321 S. 54th St., West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home IV LLC c/o Registered Agent Kai Trimble-Lea
Address: 4361 N.66th St., Milwaukee, WI 53216

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below: **SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

✓ Personal: By personally hand delivering copies to the person/entity being served.

o Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

Name: ________ Title: ________

o Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

Name ________ Relationship ________

o By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.

o Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ________

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: Dezmond Serdynski Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021

Georgette S. Serdynski
(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

**TOTAL:** 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* This House is a Home V LLC

were received by me on *(date)* 11/18/2021 .

☐ I personally served the summons and the attached complaint on the individual at *(place):*

on *(date)* ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lew who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home V LLC on *(date)* 11/24/2021 @ 6:02 pm

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ 30.00 for travel and $ 0 for services, for a total of $ ~~0.00~~ 30.00

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]

*Server's signature*

Dezmond Serdynski, C.P.S.

*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214

*Server's address*

Additional information regarding attempted service, etc.:



Print Save As... Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home V LLC c/o Registered Agent Kai Trimble-Lea
Address: 7634 N Seneca Road, Fox Point, WI 53217

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below:
**SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- ○ Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ______ Title: ______

- ○ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ______ Relationship ______

- ○ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- ○ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ______

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: [signature] Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021

[signature: Georgetta S. Serdynski]

(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

**TOTAL:** 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

**(*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*)**

This summons and the attached complaint for *(name of individual and title, if any)*: This House is a Home VI LLC

were received by me on *(date)* 11-18-2021.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: ______ on *(date)* ______ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lea who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home VI LLC on *(date)* 11/24/2021 @ 6:02 pm

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: ______.

My fees are $ 30.00 for travel and $ 0 for services, for a total of $ ~~0.00~~ 30.00.

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmond Serdynski, C.P.S.
*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home VI LLC c/o Registered Agent Kai Trimble-Lea
Address: 4426 N 88th St., Milwaukee, WI 53225

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below: **SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- o Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ____________ Title: ____________

- o Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ____________ Relationship ____________

- o By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- o Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ____________

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: Dezmond Serdynski Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November 2021.

Georgetta S. Serdynski
(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S. SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

**TOTAL:** 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* This House is a Home VII LLC

were received by me on *(date)* 11-18-2021.

☐ I personally served the summons and the attached complaint on the individual at *(place):* ______________________ on *(date)* ______________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lee who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home VII LLC on *(date)* 11/24/2021 @6:02pm

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify):* ______________________.

My fees are $ 30.00 for travel and $ 0 for services, for a total of $ ~~0.00~~ 30.00

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmind Scodynski C.P.S.
*Printed name and title*

1321 S. 54th St., West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:



Print Save As... Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home VII LLC c/o Registered Agent Kai Trimble-Lea
Address: 4544 N 84th St., Milwaukee, WI 53225

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below: **SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- ○ Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ____________ Title: ____________

- ○ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ____________ Relationship ____________

- ○ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- ○ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ____________

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: [signature] Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021

[signature]
(Signature)

NOTARY PUBLIC, MILW County, WISC (State)

My commission expires: 09/15/24 (Seal)

[Seal: GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN]

TOTAL: 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any)*: This House is a Home VIII LLC

were received by me on *(date)* 11/18/2021.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: ____________ on *(date)* ____________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lea who is designated by law to accept service of process on behalf of *(name of organization)* This House is a Home VIII LLC on *(date)* 11/24/2021 @ 6:02pm

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*: ____________.

My fees are $ 30.00 for travel and $ ∅ for services, for a total of $ ~~0.00~~ 30.00

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmand Serdynski, C.P.S.
*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

**AFFIDAVIT OF PROCESS SERVICE or NOT FOUND**

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home VIII LLC c/o Registered Agent Kai Trimble-Lea
Address: 6451 N 49th St., Milwaukee, WI 53223

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below: **SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

✓ Personal: By personally hand delivering copies to the person/entity being served.

○ Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

Name: ______ Title: ______

○ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

Name ______ Relationship ______

○ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.

○ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ______

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: Dezmond Serdynski Date 11-24-21

Subscribed and Sworn to before me, this 24th day of, November, 2021

Georgetta S. Serdynski
(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

TOTAL: 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any)*: This House is a Home CBRF LLC

were received by me on *(date)* 11/18/2021.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: ____________________ on *(date)* __________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Kai Trimble-Lea who is designated by law to accept service of process on behalf of *(name of organization)* This House is a home CBRF LLC on *(date)* 11/24/2021 @ 6:02pm

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*: ____________________.

My fees are $ 30.00 for travel and $ 0 for services, for a total of $ 30.00

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmond Serdynski, C.P.S.
*Printed name and title*

1321 S. 54th St, West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: This House is a Home CBRF LLC c/o Registered Agent Kai Trimble-Lea
Address: 10135 W. Hampton Ave, Suite I, Milwaukee, WI 53225

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below: **SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- o Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ______ Title: ______

- o Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ______ Relationship ______

- o By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- o Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ______

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 — Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a — Comments: n/a

**Attempt 3:** Other: n/a — Comments: n/a

COMMENTS: arrived to residence of the Registered Agent, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: [signature] Date 11/24/21

Subscribed and Sworn to before me, this 24th day of, November, 2021

[signature] Georgetta S. Serdynski
(Signature)

NOTARY PUBLIC, Milw County, Wisc (State)

My commission expires: 09/15/24 (Seal)

GEORGETTA S. SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

TOTAL: 30.00

Civil Action No. 21-cv-1326

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons and the attached complaint for *(name of individual and title, if any):* Kai Trimble-Lea

were received by me on *(date)* 11/18/2021.

☒ I personally served the summons and the attached complaint on the individual at *(place):* N64W14567 Mill Road, Menomonee Falls, WI 53051 on *(date)* 11/24/2021 @6:02pm

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ______ who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______; or

☐ I returned the summons unexecuted because ______; or

☐ Other *(specify)*: ______.

My fees are $ 30.00 for travel and $ 21.15 for services, for a total of $ ~~0.00~~ 51.15

I declare under penalty of perjury that this information is true.

Date: 11/24/2021

[signature]
*Server's signature*

Dezmond Serdynski C.P.S.
*Printed name and title*

1321 S. 54th St., West Milwaukee, WI 53214
*Server's address*

Additional information regarding attempted service, etc.:



Print Save As... Reset

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **21-cv-1326**
COURT DATE: NA
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **TAMARA JONES**
(Petitioner)
V.
DEFENDANT: **THIS HOUSE is a HOME LLC, et al.**

To be served on: KAI TRIMBLE-LEA
Address: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**XXX** On NOVEMBER 24, 2021, at 6:02PM I executed service by delivering an authenticated copy of the following documents listed below:
**SUMMONS IN A CIVIL ACTION; COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE; NOTICE OF FILING CONSENT TO JOIN LAWSUIT; CONSENT FORMS**

On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

- ✓ Personal: By personally hand delivering copies to the person/entity being served.
- o Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

  Name: ______ Title: ______

- o Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

  Name ______ Relationship ______

- o By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.
- o Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s): ______

Location of Service/Attempts:

**Attempt 1:** Other: N64W14567 MILL ROAD, MENOMONEE FALLS, WI 53051 Comments: 11/24/21 at 6:02pm: document served

**Attempt 2:** Other: n/a Comments: n/a

**Attempt 3:** Other: n/a Comments: n/a

COMMENTS: arrived to residence of the defendant, the woman that answers the door admits to being Kai Trimble-Lea

DESCRIPTION: Black female, slender build, approximate height 5'9", approximate age 46 years, dark brown hair

Signature of Process Server: Dezmond Serdynski Date 11/24/21

Subscribed and Sworn to before me, this 24th day of, November 2021
Georgetta S. Serdynski
(Signature)

NOTARY PUBLIC, Milw. County, Wisc (State)
My commission expires: 09/15/24 (Seal)

GEORGETTA S SERDYNSKI NOTARY PUBLIC STATE OF WISCONSIN

**TOTAL:** 51[15]